*George P. Barse,* and *James Louis Robertson* for petitioners. *Mr. Frank N. Stewart* for respondent.

No. 487. UNITED STATES *v.* O'DONNELL ET AL. November 8, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted. *Solicitor General Reed* for the United States. *Messrs. William Stanley* and *Gordon Lawson* for respondents.

No. 446. HELVERING, COMMISSIONER OF INTERNAL REVENUE, *v.* ELBE OIL LAND DEVELOPMENT CO. November 8, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted. *Solicitor General Reed* for petitioner. *Mr. George T. Altman* for respondent.

No. 484. HELVERING, COMMISSIONER OF INTERNAL REVENUE, *v.* MARSHALL, ADMINISTRATOR. November 8, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Solicitor General Reed* for petitioner. *Messrs. William D. Mitchell, James Lenox Banks, Jr.,* and *George H. Craven* for respondent.

No. 505. HELVERING, COMMISSIONER OF INTERNAL REVENUE, *v.* ELKINS. November 8, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit granted. *Solicitor General Reed* for petitioner. *Mr. William R. Spofford* for respondent.